AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 06 2012
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Plattsburgh

Larry Holmberg,

V.

Adirondack Optics, Inc.,

**JUDGMENT IN A CIVIL CASE**

8:12-MC-00008 LEK/RFT

Case Number: 11-cv-0538 JRT/LIB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is hereby entered in favor of Plaintiff Larry Holmberg and against defendant Adirondack Optics, Inc., as follows:

a. Compensation in the amount of twenty thousand dollars ($20,000.00) for the damages caused by Adirondack Optic, Inc.'s infringement of U.S. Patent No. 7,880,793 plus interest on the judgment at the legal rate until the judgment is satisfied; and

b. A permanent injunction enjoining Adirondack Optics, Inc. and its servants, employees and agents from making, using, selling, offering for sale or importing into the United States products which infringe one or more claims of U.S. Patent No. 7,880,793 including specifically the Adirondack ShotCam Product. This injunction is effective immediately upon entry of this Default.

| December 21, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ J. Midtbo |
| (By) | J. Midtbo   Deputy Clerk |

AO 451 (Rev. 12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

## District of Minnesota

Receipt #
PLT000121

[FILED STAMP: U.S. DISTRICT COURT - N.D. OF N.Y. FILED FEB 06 2012 AT ___ O'CLOCK Lawrence K. Baerman, Clerk - Plattsburgh]

Larry Holmberg

V.

Adirondack Optics, Inc.,

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

8:12-MC-00008LEK/RFT

Case Number:   11-cv-0538 JRT/LIB

I, Richard D. Sletten, Clerk of the United States District Court certify that the attached judgment is a copy of the original judgment entered in this action on _____12-21-11_____ as it appears in the records of court, and that

[X] no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

[ ] no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on

[ ] an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on

[ ] an appeal was taken from this judgment and the appeal was dismissed by order entered on

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

February 1, 2012
Date

RICHARD D. SLETTEN, CLERK

(By) Larry Lewis, Deputy Clerk

†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

DC Modified 09/19/02



# KINNEY & LANGE

A PROFESSIONAL ASSOCIATION

PATENT, TRADEMARK,
COPYRIGHT, AND RELATED
INTELLECTUAL PROPERTY LAW

THE KINNEY & LANGE BUILDING
312 SOUTH THIRD STREET
MINNEAPOLIS, MINNESOTA 55415-1002

INFO@KINNEY.COM
FACSIMILE (612) 339-6580
TELEPHONE (612) 339-1863

CAROLYN H. B. ECKART
(612) 337-7216
ceckart@kinney.com

February 3, 2012

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lawrence K. Baerman
Clerk of Court
United States District Court
Northern District of New York
U.S. Courthouse & Federal Bldg.
14 Durkee Street, Suite 360
Plattsburgh, NY 12901

U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
FEB 06 2012
RECEIVED

Re: *Larry Homberg v. Adirondack Optics, Inc.*
U.S. District Court For The District Of Minnesota
Civil Action No.: 0:11-cv-00538
Our File No.: H582.17-0020

Dear Mr. Baerman:

Enclosed for registration in the U.S. District Court – Northern District of New York is the Certification of Judgment for Registration in Another District regarding the above-referenced matter. Also enclosed is a check in the amount of $46.00 to cover the associated fee.

If you have any questions or comments, please do not hesitate to contact me.

Yours very truly,

*Carolyn H.B. Eckart*

Carolyn H. B. Eckart

CHBE:kmm
encls.